AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

TERRENCE LAMONT MONK
PDID
DOB: _____

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
NOV 0 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0574M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 2, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Ruger P-90 .45 caliber handgun and ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER ANGEL FIGUEROA__ and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

x _____
Signature of Complainant
OFFICER ANGEL FIGUEROA
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

NOV 0 3 2005 _____ at     Washington, D.C.
Date                                                                              City and State
ALAN KAY
U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer
John M. Facciola
U.S. Magistrate Judge

_____
Signature of Judicial Officer