## STATEMENT OF FACTS

On Wednesday, November 2, 2005, at about 5:30 p.m., sworn officers with the Metropolitan Police Department's Third District executed a search warrant at _____ eet, Apartment #22, N.W., Washington, D.C. During the execution of the search warrant, the defendant, Terrence Monk, was located in one of the bedrooms. Recovered during the search of the bedroom was a loaded Ruger P-90 .45 caliber handgun. The defendant made a statement to officers, "You all found a gun in there. It's mine man". The defendant was arrested.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the Ruger pistol nor the ammunition in it was manufactured in the District of Columbia.

X _____
OFFICER ANGEL FIGUEROA
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF NOVEMBER, 2005
NOV 03 2005

_____
U.S. MAGISTRATE JUDGE
ALAN KAY
U.S. MAGISTRATE JUDGE

John M. Facciola
U.S. Magistrate Judge