AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_for the_ _____ DISTRICT OF _Columbia_

**FILED**

NOV 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

_Terrence L. Monk_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _05-574 M_

I, _Terrence L. Monk_, charged in a (complaint) (petition) pending in this District with _Felon in Possession of a Firearm_ in violation of Title _18_, U.S.C., _922g_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
Defendant

_11/17/05_
Date

_[signature]_
Counsel for Defendant